FILED

AUG 17 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BEAR GULCH SOLAR, LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MONTANA PUBLIC SERVICE COMMISSION, et al.,<br><br>Defendants. | CV 18–6–H–CCL<br><br>ORDER |

Defendants, through their lead counsel, have moved the Court for the *pro hac vice* admission of Philip J. Roselli, of the firm of Wilkinson, Barker, Knauer LLP, Denver, Colorado, to appear as co-counsel with Justin Kraske, who will continue to act as lead counsel. The motion and Mr. Roselli's attached affidavit meet the requirements of L.R. 83.1(d) and the fee has been paid.

Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion for *Pro Hac Vice* Admission of Philip J. Roselli (Doc. 70) is GRANTED on the condition that all counsel for Defendants comply with the provisions of Local Rule 83.1(d). Admission is personal to Mr. Roselli and not an admission of the law firm.

DATED this 17th day of August, 2018.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE